GUARANTEE RESERVE LIFE INSURANCE COMPANY OF HAMMOND, INDIANA, Appellant,

v.

Owen MOHLER, Administrator of The Estate of Joyce Mohler, Appellee.

Court of Appeals of Kentucky.

May 31, 1957.

Wheeler & Marshall, Thomas J. Marshall, Jr., Paducah, for appellant.

Lovett & Lovett, Benton, for appellee.

PER CURIAM.

Motion for an appeal from a judgment in an action on a group insurance policy whereby the administrator was awarded $1,000 for the death of a high school cheerleader while on her way home from a basketball game.

We find no prejudicial error in the record. The motion for appeal is, therefore, overruled and the judgment is affirmed.